# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-15-00016-CV

**In the Interest of S.S., a Child**

(No. 37,692 IN 76TH DISTRICT COURT OF TITUS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | EXEMPT | DFPS |
| SUPP REPORTER'S RECORD | $0.00 | INDIGENT | N/A |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | MAC COBB, APPT ATTY |
| REPORTER'S RECORD | $0.00 | INDIGENT | N/A |
| FILING | $195.00 | INDIGENT | MICHAEL KOPECH, APPT ATTY |
| MOTION FEE | $10.00 | INDIGENT | MICHAEL KOPECH, APPT ATTY |
| CLERK'S RECORD | $0.00 | INDIGENT | MAC COBB, APPT ATTY |
| FILING | $195.00 | INDIGENT | MAC COBB, APPT ATTY |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this November 5, 2015.

**DEBRA AUTREY, CLERK**

By _____
                                    Deputy